AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **1:23-CV-09266-KPF**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Kubiya Games, LLC**
was recieved by me on  **11/22/2023:**

☐ I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Jorge Marulanda**, who is designated by law to accept service of process on behalf of **Kubiya Games, LLC** at **184 EAGLE ST APT 2A, Brooklyn, NY 11222** on **12/07/2023 at 10:03 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:  12/08/2023

*Server's signature*

**Randy Alvarado**
*Printed name and title*

**8375 Woodhaven Blvd
Apt 2L
Woodhaven, NY 11421**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Jorge Marulanda who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired Hispanic male contact 45-55 years of age, 5'6"-5'8" tall and weighing 200-240 lbs with an accent.**





Tracking #: **0119598933**