# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

ELLEN ELIZABETH TARR, on behalf of himself and all others similarly situated,

Plaintiff,

-v-

Kubiya Games, LLC

Defendant.

Case No. 1:23-cv-09266-KPF

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Kubiya Games, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date:** 12/28/2023

*[signature]*

**Signature of Attorney**

**Attorney Bar Code:** 4027447

Form Rule7_1.pdf   SDNY Web 10/2007