UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLEN ELIZABETH TARR, on behalf of herself and all others similarly situated,

    Plaintiffs,

-against-

Kubiya Games, LLC,

    Defendant.

Case No: 1:23-cv-09266

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, Kubiya Games, LLC, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:  Jericho, New York
         July 8, 2024

Oviedo, Florida
July 8, 2024

**MARS KHAIMOV LAW, PLLC**

By: _____

Mars Khaimov, Esq.
100 Duffy Ave., Suite 510
Hicksville, NY 11801
mars@khaimovlaw.com
*Attorneys for Plaintiff*

**SPIRE LAW, LLC**

By: _____

Ian Edward Smith, Esq.
2572 W State Rd, Ste 2088
Oviedo, FL 32765
ian@spirelawfirm.com
*Attorneys for Defendant*

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

Date:    August 13, 2024         SO ORDERED.
         New York, New York

                                 *Katherine Polk Failla*

                                 HON. KATHERINE POLK FAILLA
                                 UNITED STATES DISTRICT JUDGE